## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Smithburg, Thomas Lindsay and Robin Guertin, individually and on behalf of all others similarly situated, | Civil Action No.  21-CV-1622 (NEB/HB) |
| Plaintiffs, | |
| v. | **STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND BETWEEN THE PARTIES** |
| Apple Valley Medical Clinic, Ltd., Allina Health System, Sandhills Medical Foundation, Inc. and Netgain Technology, LLC, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendants Apple Valley Medical Clinic, Ltd. and Allina Health System and their respective counsel, that the Court may enter an Order extending the time in which Defendants Apple Valley Medical Clinic, Ltd. and Allina Health System may answer or otherwise respond to the Complaint in the above-captioned matter, up to and including September 14, 2021.

**TURKE & STRAUSS LLP**

Dated: July 26, 2021             By    *s/ Raina Borrelli*
Raina Challeen Borrelli, Esq. (#0392127)
Samuel J. Strauss, Esq. (PHV Pending)
613 Williamson Street, Suite 201
Madison, WI 53703
Telephone:  612-333-8844
raina@turkestrauss.com
sam@turkestrauss.com

*Attorneys for Plaintiffs*

**BASSFORD REMELE**
*A Professional Association*


Dated:  July 27, 2021          By    s/ Kelly A. Putney
                                   Kelly A. Putney (#237577)
                                   Christopher R. Morris (#230613)
                                   Maria P. Brekke (#399946)
                                100 South 5th Street, Suite 1500
                                Minneapolis, MN 55402-1254
                                Telephone:  (612) 333-3000
                                Facsimile:  (612) 333-8829
                                E-Mail:  kputney@bassford.com
                                         cmorris@bassford.com
                                         mbrekke@bassford.com

                                *Attorneys for Defendants Apple Valley Medical*
                                  *Clinic, Ltd. and Allina Health System*