# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBERT SMITHBURG, THOMAS LINDSAY, and ROBIN GUERTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE VALLEY MEDICAL CLINIC, LTD., ALLINA HEALTH SYSTEM, SANDHILLS MEDICAL FOUNDATION, INC., and NETGAIN TECHNOLOGY, LLC,<br><br>Defendants. | Case No. 21-cv-1622 (NEB/HB)<br><br>**ORDER GRANTING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** |

The matter is before the Court on the Stipulation for Extension of Time to Answer or Otherwise Respond, (ECF. No. 7), between Plaintiffs and Defendant Netgain Technology, LLC ("Netgain"), which seeks to extend the time for Netgain to answer or otherwise respond to the Complaint.

**IT IS HEREBY ORDERED** that the Stipulation is **APPROVED** and the time for Netgain to answer or otherwise respond to the Complaint filed by Plaintiffs shall be until and including **September 14, 2021.**

Dated:  July 27, 2021          s/*Hildy Bowbeer*
                               HILDY BOWBEER
                               United States Magistrate Judge