UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Robert Smithburg, Thomas Lindsay and Robin Guertin, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>Apple Valley Medical Clinic, Ltd., Allina Health System, Sandhills Medical Foundation, Inc. and Netgain Technology, LLC,<br><br>          Defendants. | Civil Case No.  21-cv-1622 (NEB/HB)<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND** |

---

The matter is before the Court on the Stipulation to Extend the Time to Respond Between the Parties, (Doc. No. 13), between Plaintiffs and Defendants Apple Valley Medical Clinic, Ltd. and Allina Health System (collectively "Allina"), which seeks to extend the time for Allina to answer or otherwise respond to the Complaint.

**IT IS HEREBY ORDERED** that the Stipulation is **Approved** and the time for Allina to answer or otherwise respond to the Complaint filed by Plaintiffs shall be until and including **September 14, 2021**.

Dated: July 28, 2021             s/*Hildy Bowbeer*
                                               HILDY BOWBEER
                                               United States Magistrate Judge