# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBERT SMITHBURG, THOMAS LINDSAY, and ROBIN GUERTIN, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>APPLE VALLEY MEDICAL CLINIC, LTD., ALLINA HEALTH SYSTEM, SANDHILLS MEDICAL FOUNDATION, INC., and NETGAIN TECHNOLOGY, LLC,<br><br>                  Defendants. | Case No. 21-cv-1622 NEB/HB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS APPLE VALLEY MEDICAL CLINIC, LTD., ALLINA HEALTH SYSTEM, AND SANDHILLS MEDICAL FOUNDATION, INC.** |

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Robert Smithburg, Thomas Lindsay, and Robin Guertin hereby voluntarily dismiss their claims against Defendants Apple Valley Medical Clinic, Ltd., Allina Health System, and Sandhills Medical Foundation, Inc., without prejudice. Nothing in this dismissal is, or shall be construed as, a dismissal of Plaintiffs' claims or the claims against Defendant Netgain Technology, LLC.

Dated:  July 28, 2021

*/s/ Raina Borrelli*
Raina Borrelli (0392127)
**Turke & Strauss LLP**
613 Williamson St., Ste. 210
Madison, WI 53703
Phone: (608) 237-1775
Facsimile: (608) 509-4423
raina@turkestrauss.com

*Counsel for Plaintiffs*